# OFFICIAL SYLLABI
## Ohio Appeals

FORD MOTOR CO. v. POTOMAC INS. CO.

Ohio Appeals, 8th Dist., Cuyahoga Co.

Judges of the 5th Dist., sitting.

John H. McNeal, Cleveland, for Motor Co.

Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for Ins. Co.

**753. MEASURE OF DAMAGES—118 Automobile—480 Evidence.**

1. Rule that measure of damages for injury to automobile while in for repairs is difference in value immediately before and after injury, not exclusive. Cost of repairing machine may be shown.

2. Admitting testimony, as to cost of materials used in repair, not error where both parties tried case on theory that measure of damages was cost of repairs.

**1235. VERDICTS.**

In order to hold special findings of fact inconsistent with general verdict it must appear that special findings are in conflict with verdict, and conflict is clear and irreconcilable.

HOUCK, J.

1. While measure of damages for injury to automobile while in possession of bailee for repairs is generally difference in value of car in its condition immediately before and immediately after injury, such rule is not exclusive, and cost of repairing the machine may be shown.

2. In action against motor company for damages for injury to automobile by fire during its retention for repairs, action of trial court in admitting testimony as to cost of materials used in repair of the damaged automobile did not constitute error of which defendant could complain, where both parties tried case on theory that measure of damages was cost of repairs.

3. In order to hold special findings of fact by jury inconsistent with a general verdict under 11464 GC., which provides that in such case special findings shall control, it must appear that special findings of jury are in conflict with verdict and that conflict is clear and irreconcilable.

(Shields and Lemert, JJ., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.

' (Continued from Last Issue)

**1104. STATUTES.**
See 291 Constitutional Law. U. S. Print. & Lith. Co. v. Griggs-Cooper Co., OS. 6 Abs. 387.

See 126 Banks & Banking. Fidelity & Cas. Co. v. Un. Sav. Bk. Co., OS. 6 Abs. 386.

**1181. TRADEMARKS.**
U. S. Print. & Lith. Co. v. Griggs-Cooper Co., OS. 6 Abs. 387.

**1195. TRIAL.**
See 661 Intoxicating Liquor. Weimer v. State, OS. 6 Abs. 383.

**1197. TRUSTS & TRUSTEES.**
See 362a Decedents' Estates. Charpiot v. State ex Scott. OS. 6 Abs. 384.

**1228. VENDOR'S LIEN.**
Un. Sav. & L. Co. v. Emay Realty Co. OA. 6 Abs. 381.

**1235. VERDICTS.**
See 191 Burden of Proof. Remus, In Re., OS. 6 Abs. 388.

**1249. WAR RISK INSURANCE.**
Tax Commission v. Rife et., OS. 6 Abs. 385.

**1273. WITNESSES.**
See 333 Criminal Law. Sabo v. State, OS. 6 Abs. 386.

**1277. WORDS & PHRASES.**
See 647 Insurance. Olmsted v. Met. Life Ins. Co., OS. 6 Abs. 383.

**1283. WORKMEN'S COMPENSATION.**
See 456 Employer & Employee. Indust. Com. v. Ahern, OA. 6 Abs. 385.

**1296 ZONING ORDINANCES.**
Cincinnati (City) v. Wegehoft, OS. 6 Abs. 387.